UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | Crim. No. 08-663 (DMC) |
| UPINDERPAL SABHARWAL and JAIPREET SABHARWAL | : | ORDER |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (Camelia M. Valdes, Assistant U.S. Attorney, appearing), and defendants Upinderpal Sabharwal and Jaipreet Sabharwal (Henry E. Mazurek, Esq. and Robert G. Stahl, Esq., respectively, appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendants being aware that they have the right to have the matter brought to trial within seventy (70) days of the date of their appearance before a judicial officer of this Court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and the defendants having consented to such a continuance, and the parties acknowledging that the period from the originally scheduled motions of the defendants on October 27, 2008, until the scheduled trial date of June 1, 2009, should be excluded in computing time under the Speedy Trial Act of 1974 in order to allow the parties sufficient time to prepare for trial, pursuant to 18 U.S.C. § 3161(h)(8)(A), and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

Pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 14 day of Nov, 2008,

ORDERED that defendants' motions will be due by **February 16, 2009** and it is further;

ORDERED that the Government's response to defendants' motions will be due by **March 16, 2009** and it is further;

ORDERED that defendants' response to the Government's opposition will be due by **March 30, 2009** and it is further;

ORDERED that oral argument will be held on **May 4, 2009** and it is further;

ORDERED that the trial date in this matter will be **June 1, 2009** and it is further;

ORDERED that this action be, and hereby is, continued from **October 27, 2008 through June 1, 2009**; and it is further;

2

ORDERED that the period from October 27, 2008 through June 1, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974.

/s/ *signature*
HON. DENNIS M. CAVANAUGH
United States District Judge

Form and entry
consented to:

/s/ *signature*
CAMELIA M. VALDES
Assistant U.S. Attorney

/s/ *signature*
HENRY E. MAZUREK, ESQ.
Counsel for defendant Upinderpal Sabharwal

_____
ROBERT G. STAHL, ESQ.
Counsel for defendant Jaipreet Sabharwal

3

ORDERED that the period from **October 27, 2008 through June 1, 2009**, shall be excludable in computing time under the Speedy Trial Act of 1974.

                                                          HON. DENNIS M. CAVANAUGH
                                                        United States District Judge

Form and entry
consented to:

_____
CAMELIA M. VALDES
Assistant U.S. Attorney


_____
HENRY E. MAZUREK, ESQ.
Counsel for defendant Upinderpal Sabharwal

_____
ROBERT G. STAHL, ESQ.
Counsel for defendant Jaipreet Sabharwal

3