UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
----------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

UPINDERPAL SABHARWAL, et al.,

    Defendants.

----------------------------------------------------------X

08 Cr. 663 (DMC)

**CONSENT ORDER**
**BAIL MODIFICATION**

APPEARANCES:

For Government:    Christopher J. Christie, Esq.
    United States Attorney's Office
    970 Broad Street
    Newark, New Jersey 07102

    Appearing: _____
    Camelia Valdes
    Assistant United States Attorney

For Defendants:

Upinderpal Sabharwal:    _____
    Henry E. Mazurek, Esq.
    Law Offices of Gerald L. Shargel
    570 Lexington Avenue, 45th Floor
    New York, New York 10022

Jaipreet Sabharwal:    _____
    Robert G. Stahl, Esq.
    Stahl Farella & Sarokin
    220 St. Paul Street
    Westfield, New Jersey 07090

For Pretrial Services:    _____
    Roberto Cordeiro
    Electronic Monitoring Specialist
    Pretrial Services Agency
    District of New Jersey

This matter having been brought on by motion for bail by defendants UPINDERPAL SABHARWAL and JAIPREET SABHARWAL, and the Honorable Esther Salas, United States Magistrate Judge, having granted defendants' motion by order dated September 28, 2007, with conditions of release originally set by Magistrate Salas, the parties consent, with the consent also of the Pretrial Services Agency, by Roberto Cordeiro, Electronic Monitoring Specialist, to the following modification of the Court's Order Setting Conditions of Release:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. Having originally set condition of release to include home confinement with electronic monitoring, and travel by permission of the Pretrial Services Office only for employment, religious, legal and medical visits;

2. the defendants UPINDERPAL SABHARWAL and JAIPREET SABHARWAL having been in complete compliance with their strict conditions of release for more than 14 months since their release on September 28, 2007;

3. the parties acknowledging that there is voluminous discovery to be reviewed in this case in preparation for trial and a need for defendants' attorneys to meet regularly with their clients over the next several months;

4. the parties agree that given the defendants' record of compliance with their conditions of release over the past 14 months, and the increasing need for them to travel to their attorneys' offices to prepare their defense at trial, the conditions of strict home detention are no longer necessary conditions to reasonably assure the Court that they will appear as required to future court dates;

5. the parties, therefore, consent to a modification of the pretrial release condition of strict home detention and consent instead to impose a night curfew. Defendants UPINDERPAL SABHARWAL and JAIPREET SABHARWAL shall be restricted to their residence from the hours of 11 p.m. to 7 a.m. each day of the week. They shall continue to be monitored

2

through the electronic monitoring system already in place;

6. the parties further agree that travel by defendants UPINDERPAL SABHARWAL and JAIPREET SABHARWAL shall be restricted to the District of New Jersey and the Eastern and Southern Districts of New York (the defendants reside within the Southern District of New York and have employment within the Eastern District of New York); and

7. All other conditions of pretrial release set forth in the Order by Magistrate Judge Esther Salas, dated September 28, 2007, shall continue.

**SO ORDERED:**

_____
Honorable Dennis M. Cavanaugh
United States District Judge

Dated: December 10, 2008
Newark, New Jersey

3