UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. Dennis M. Cavanaugh

    v.    :    Crim. No. 08-663 (DMC)

UPINDERPAL SABHARWAL and    :    ORDER
JAIPREET SABHARWAL

This matter having come before the Court on the joint
application of Ralph J. Marra, Jr., Acting United States Attorney
for the District of New Jersey (Joyce M. Malliet and Christine I.
Magdo, Assistant U.S. Attorneys, appearing), and defendants
Upinderpal Sabharwal and Jaipreet Sabharwal (Henry E. Mazurek,
Esq. and Robert G. Stahl, Esq., respectively, appearing), for an
order granting a continuance of the proceedings in the above-
captioned matter, and the defendants being aware that they have
the right to have the matter brought to trial within seventy (70)
days of the date of their appearance before a judicial officer of
this Court pursuant to Title 18 of the United States Code,
Section 3161(c)(1), and the defendants having consented to such a
continuance, and the parties acknowledging that the period from
September 14, 2009 until the scheduled trial date of October 27,
2009, should be excluded in computing time under the Speedy Trial
Act of 1974 in order to allow the parties sufficient time to
prepare for trial, pursuant to 18 U.S.C. § 3161(h)(7)(A), and for
good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1.   Pre-trial motions have been filed; and

2.   Failure to grant a continuance would deny counsel for defendant and the government reasonable time necessary for effective preparation of this case, taking into account the exercise of due diligence.

Pursuant to Title 18, United States Code, Sections 3161 (h)(1)(D), (h)(7)(A), and (h)(7)(B)(iv), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this _17_ day of _Sept._, 2009,

ORDERED that this action be, and hereby is, continued from September 14, 2009 to **October 27, 2009**; and it is further;

ORDERED that the period from September 14, 2009 through October 27, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. DENNIS M. CAVANAUGH
United States District Judge

Form and entry
consented to:

_____
JOYCE M. MALLIET
Assistant U.S. Attorney

_____
CHRISTINE I. MAGDO
Assistant U.S. Attorney

_____
HENRY E. MAZUREK, ESQ.
Counsel for defendant Upinderpal Sabharwal

_____
ROBERT G. STAHL, ESQ.
Counsel for defendant Jaipreet Sabharwal