UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | Crim. No. 08-663 (DMC) |
| UPINDERPAL SABHARWAL and JAIPREET SABHARWAL | : | <u>ORDER</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Joyce M. Malliet and Christine I. Magdo, Assistant U.S. Attorneys, appearing), and defendants Upinderpal Sabharwal and Jaipreet Sabharwal (Henry E. Mazurek, Esq. and Robert G. Stahl, Esq., respectively, appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendants being aware that they have the right to have the matter brought to trial within seventy (70) days of the date of their appearance before a judicial officer of this Court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and the defendants having consented to such a continuance, and the parties acknowledging that the period from October 27, 2009 until November 30, 2009, should be excluded in computing time under the Speedy Trial Act of 1974, pursuant to 18 U.S.C. § 3161(h)(7)(A), and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Pre-trial motions have been filed; and
2. Failure to grant a continuance would deny counsel

for defendant and the United States reasonable time necessary for effective preparation of this case, taking into account the exercise of due diligence, particularly when the defendants and the United States seek the entry of plea agreements.

Pursuant to Title 18, United States Code, Sections 3161 (h)(1)(D), (h)(7)(A), and (h)(7)(B)(iv), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 27 day of Oct, 2009,

ORDERED that this action be, and hereby is, continued from October 27, 2009 to **November 30, 2009**; and it is further;

ORDERED that the period from October 27, 2009 through **November 30, 2009**, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. DENNIS M. CAVANAUGH
United States District Judge

Form and entry
consented to:

_____
JOYCE M. MALLIET
Assistant U.S. Attorney

_____
CHRISTINE I. MAGDO
Assistant U.S. Attorney

_____
HENRY E. MAZUREK, ESQ.
Counsel for defendant Upinderpal Sabharwal

_____
ROBERT G. STAHL, ESQ.
Counsel for defendant Jaipreet Sabharwal

for defendant and the United States reasonable time necessary for effective preparation of this case, taking into account the exercise of due diligence, particularly when the defendants and the United States seek the entry of plea agreements.

Pursuant to Title 18, United States Code, Sections 3161 (h)(1)(D), (h)(7)(A), and (h)(7)(B)(iv), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this      day of    , 2009,

ORDERED that this action be, and hereby is, continued from October 27, 2009 to **November 30, 2009**; and it is further;

ORDERED that the period from October 27, 2009 through **November 30, 2009**, shall be excludable in computing time under the Speedy Trial Act of 1974.

                                 HON. DENNIS M. CAVANAUGH
                                 United States District Judge

Form and entry
consented to:

JOYCE M. MALLIET
Assistant U.S. Attorney

CHRISTINE I. MAGDO
Assistant U.S. Attorney

HENRY E. MAZUREK, ESQ.
Counsel for defendant Upinderpal Sabharwal

ROBERT G. STAHL, ESQ.
Counsel for defendant Jaipreet Sabharwal