IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| | : | Criminal No. 08-663 |
| v. | : | |
| | : | |
| | : | **CONSENT ORDER** |
| UPINDERPAL SABHARWAL and | | |
| JAIPREET SABHARWAL | : | |

UPON application of the defendants Upinderpal Sabharwal, Henry B. Mazurek,

Esq. appearing and Jaipreet Sabharwal, Robert G. Stahl, Esq., appearing, and with the

consent of the United States Attorney Paul J. Fishman (AUSA Joyce Malliet appearing)

for an order modifying defendants' conditions of release to remove Electronic

Monitoring and to allow defendants access to the internet, with the knowledge and

consent of Pre-Trial Services ("PTS"), and

IT IS ON this 2ʔday of November, 2009, **Ordered that:**

Defendants are released from Electronic Monitoring and allowed access to the internet.

Defendants will continue to abide by all other prior conditions set by the Court and PTS.

**CONSENTED TO:**

*Joyce M. Malliet*
AUSA Joyce Malliet

1

Henry E. Mazurek, Esq.

Robert G. Stahl, Esq.

**SO ORDERED.**

HON. DENNIS M. CAVANAUGH,
UNITED STATES DISTRICT COURT

2