IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| | : | Criminal No. 08-663 |
| v. | : | |
| | : | |
| | : | **CONSENT ORDER** |
| UPINDERPAL SABHARWAL and | : | |
| JAIPREET SABHARWAL | : | |

UPON application of the defendants Upinderpal Sabharwal, Henry B. Mazurek, Esq. appearing and Jaipreet Sabharwal, Robert G. Stahl, Esq., appearing, and with the consent of the United States Attorney Paul J. Fishman (AUSA Joyce Malliet appearing) for an order modifying defendants' conditions of release to: remove two of six properties from the bail package; remove defendants' mother, Jasbir Kaur Sabharwal, as custodian on the bail and lift her travel restrictions; and to extend defendants travel to Connecticut, with the knowledge and consent of Pre-Trial Services ("PTS"), and

IT IS ON this _20th_ day of ~~December, 2009~~ JAN 2010, Ordered that:

The property posted by Sandeep Sehgal located at 53 Valentine Street, Glen Cove, New York 11542 and the property posted by Shweta Singh located at 9 North Fordham Road, Hicksville, New York are hereby released from defendants bail package; Jasbir Kaur Sabharwal is removed as custodian of the defendants and any and all of her travel restrictions are lifted and she is permitted to apply for a new Passport; and the defendants

1

are permitted to travel to Connecticut.  Defendants will continue to abide by all other

prior conditions set by the Court and PTS.

CONSENTED TO:

_Joyce M. Malliet_
AUSA Joyce Malliet

_Henry Mazurek_
Henry B. Mazurek, Esq.

_R Stahl_
Robert G. Stahl, Esq.

SO ORDERED.    1/20/10

_Dennis M. Cavanaugh_
HON. DENNIS M. CAVANAUGH,
UNITED STATES DISTRICT COURT

2