```
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------X

UNITED STATES OF AMERICA,

     -against-                          No. 08 CR 663 (DMC)

SINGH SABHARWAL,                        BAIL EXONERATION ORDER
   a/k/a Pritipall Sabharwal,
     UPINDERPAL SABHARWAL,
   a/k/a Kenny Saab,
JAIPREET SABHARWAL,
   a/k/a Jay Saab.
              Defendants.

------------------------------X
```

UPON application of the defendants UPINDERPAL SABHARWAL, Henry E. Mazurek, Esq. appearing, and JAIPREET SABHARWAL, Robert G. Stahl, Esq. appearing, and with the consent of the United States Attorney Paul J. Fishman, A.U.S.A. Joyce Malliet appearing, and this matter having been closed by judgment entered by this Court on June 29, 2010:

IT IS HEREBY ORDERED that the bail imposed on defendants UPINDERPAL SABHARWAL and JAIPREET SABHARWAL in the above-captioned case is hereby exonerated and the appearance bond shall be removed.

DATED:    August 31, 2010
          Newark, New Jersey

SO ORDERED.

                                        _____
                                        Hon. Dennis M. Cavanaugh
                                        United States District Court