UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------X

UNITED STATES OF AMERICA,

    -against-                    No. 08 CR 663 (DMC)

SINGH SABHARWAL,               **BAIL PROPERTY**
  a/k/a Pritipall Sabharwal,  **RECONVEYANCE ORDER**
    UPINDERPAL SABHARWAL,
  a/k/a Kenny Saab,
JAIPREET SABHARWAL,
  a/k/a Jay Saab.
           *Defendants.*

-------------------------------X

    UPON application of the defendants UPINDERPAL SABHARWAL, Henry E. Mazurek, Esq. appearing, and JAIPREET SABHARWAL, Robert G. Stahl, Esq. appearing, and with the consent of the United States Attorney Paul J. Fishman, A.U.S.A. Joyce Malliet appearing, and this matter having been closed by judgment entered by this Court on June 29, 2010:

    IT IS HEREBY ORDERED that the property posted for bail on behalf of defendants UPINDERPAL SABHARWAL and JAIPREET SABHARWAL, located at 1612 Range Court, Diamond Bar, California 91765, be released from the deed of trust recorded on October 1, 2007, in the Recorder's Office for Los Angeles County,

California. This property shall be reconveyed to Thaminder Singh Anand and Avnit Kaur Anand.

DATED: November 5th, 2010
Newark, New Jersey

**SO ORDERED.**

_____
Hon. Dennis M. Cavanaugh
United States District Court